UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Pinillo, Francier Obando | Docket No. | 0980 4:24CR06032-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Francier Obando Pinillo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of January 2025, under the following conditions:

Eastern District of Washington Order Following Initial Arraignment (dated January 9, 2025) (ECF No. 22) - Additional Special Conditions of Release: Defendant shall not solicit funds for investment by any means, including through the Internet.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 5, 2024, the conditions of pretrial release were reviewed with Mr. Pinillo during his Rule 5 initial appearance in the Southern District of Florida. Mr. Pinillo signed his conditions of release acknowledging an understanding of his requirements.

On January 9, 2025, Mr. Pinillo appeared in the Eastern District of Washington, on an initial appearance. His conditions of pretrial release from the Southern District of Florida, and additional pretrial conditions imposed by the Eastern District of Washington, were reviewed in court with Mr. Pinillo. He verbally acknowledged an understanding of his conditions.

On March 25, 2025, a pretrial violation petition was submitted to the Court (ECF No. 42), and an arrest warrant was issued. Mr. Pinillo was arrested in the Southern District of Florida, on April 11, 2025.

On April 9, 2025, an incorporation violation petition was submitted to the Court (ECF No. 44).

Mr. Pinillo is scheduled for an initial appearance before the Court on June 24, 2025.

**Violation #3**: Mr. Pinillo is alleged to be in violation of his pretrial release conditions by soliciting funds in the amount of $200,000 fraudulently via WhatsApp (Internet application) on, before, or after February 12, 2025.

On June 13, 2025, this officer was contacted by the assistant United States attorney (AUSA) in the Eastern District of Washington, advising information had been received from the Federal Bureau of Investigation (FBI) that Mr. Pinillo made contact via a telephone call through the Internet application called WhatsApp to solicit money in the amount of $200,000.

According to the FBI report received, "in November 2021, the victim invested approximately $16,000 in SolanoFi. The victim made the investment via a bank Zelle transfer, and a transfer via the victim's cryptocurrency wallet. The victim made the investment based on statements made by FRANCIER OBANDO PINILLO (PINILLO), who guaranteed a 34.9% return, compounded monthly. PINILLO assured the victim that the investment opportunity was "from God," that the return was guaranteed, and investors were encouraged to bring others in on the opportunity. The victim made two Zelle transfers, the first was to a Zelle account attached to the email address thesollutioncn.com [Agent note: Per an open source database search, The Solution Center Consulting, LLC is an entity formed on 8/5/2020 with FRANCIER PINILLO listed as Governor.] The second Zelle transfer the victim made was to a Zelle account attached to phone number 509-308-8995 [Agent note: 509-308-8995 is the phone number previously identified as belonging to PINILLO].

PS-8
Re: Pinillo, Francier Obando
June 13, 2025
Page 2

On February 12, 2025, PINILLO called the victim from a WhatsApp account attached to telephone number 509-412-4235. PINILLO advised that he borrowed the phone to call the victim because he knew the FBI was monitoring his phone lines and he did not want to be observed making the phone call. PINILLO told the victim that he was not permitted to speak because he had a gag order. PINILLO told the victim that the community needed to come together and raise $200,000 for Solano Fi to hire a lawyer to go through the legal process of getting investor money out of FTX. The $200,000 would be for the benefit of the community. PINILLO assured the victim that he did not steal any investor money, that the money never went to Columbia, that it was invested with FTX, and that two other SolanoFi leaders would not return his phone calls and that these two individuals were responsible."

According to the AUSA, Solano Fi is a scam crypto company Mr. Pinillo was running which he said would guarantee returns of 30-40% to his victims. The "community" possibly refers to his Solano Fi investors. FTX is a legitimate cryptocurrency exchange.

According to the investigation, the stolen funds did not go to FTX, but were diverted to Mr. Pinillo and other fraud participants' crypto wallets, and this false statement is simply an attempt to tamper with a potential witness and con the victim out of additional funds.

PRAYING THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   June 13, 2025

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/17/2025
Date